# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Campbell, Nevia – 1:19-cv-04423

> ACKNOWLEDGED. Case is dismissed without prejudice.
>
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana
>
> Date: 12/20/2024

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Case Management Order No. 32, and upon review of the Seventh Circuit Court's decision in *Sykes v. Cook Inc.*, 72 F.4th 195 (7th Cir. 2023), Plaintiff in the above-captioned case acknowledges that, based on review of the evidence, the amount in controversy in this matter does not exceed the jurisdictional threshold of $75,000, exclusive of interest and costs, as required for this Court's exercise of subject matter jurisdiction. *See* 28 U.S.C. § 1332(a).

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and the Cook Defendants stipulate to the dismissal of all claims in this action without prejudice for lack of subject-matter jurisdiction. Each party shall bear its own fees and costs.

Dated: November 5, 2024

| | |
|---|---|
| */s/ Ryan E. Hodge (with permission)*<br>Ryan E. Hodge<br>Ray Hodge & Associates, L.L.C.<br>8558 W. 21st St. N., Suite 300<br>Wichita, Kansas 67205<br>Telephone: (316) 269-1414<br>Facsimile: (316) 263-6019<br>Email: hodgelaw@kansaslaw.com<br><br>**Attorney for Plaintiff** | */s/ Andrea Roberts Pierson*<br>Andrea Roberts Pierson<br>Faegre Drinker Biddle & Reath LLP<br>300 North Meridian Street, Suite 2500<br>Indianapolis, Indiana 46204<br>Telephone: (317) 237-0300<br>Facsimile: (317) 237-1000<br>Email: andrea.pierson@faegredrinker.com<br><br>**Attorneys for Defendants** |